HOFFINGER STERN & ROSS, LLP
Attorneys for Plaintiffs
150 East 58th Street, 19th Floor
New York, New York 10155
212-421-4000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
YLL IRREVOCABLE TRUST and :
KOCHAV S.A.R.L., : Docket No. 12-CIV-3005 (VM)
:
Plaintiffs, :
:
-against- :
: **NOTICE OF MOTION**
RABBI SHLOMO ZALMAN KAUFMAN, : **TO REMAND**
RABBI ALEXANDER GRAUSZ, :
RABBI MOISHE BERGMAN, :
KOLEL BETH YECHIEL MECHIL OF :
TARTIKOV, INC and WILMINGTON :
SAVINGS FUND SOCIETY, FSB, :
Defendants. :
-------------------------------------------------------------- x

**PLEASE TAKE NOTICE,** that upon the accompanying Declaration of Mark W. Geisler, dated April 20, 2012, the exhibits annexed thereto, and the accompanying Memorandum of Law, dated April 20, 2012, Plaintiffs YLL Irrevocable Trust and Kochav S.A.R.L. will move this Court before the Honorable Victor Marrero, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on submission or at such time as the Court may direct, (a) pursuant to 28 U.S.C. §1447 remanding the action to the Supreme Court of the State of New York, Rockland County, and (b) for such other and further relief in favor of said Plaintiffs as the Court deems appropriate.

1

Dated: New York, New York
April 20, 2012

        HOFFINGER STERN & ROSS, LLP
        Attorneys for Plaintiffs YLL Irrevocable
        Trust and Kochav S.A.R.L.

        _/s/ Stephen R. Stern_

        By:   Stephen R. Stern
               Mark W. Geisler
        150 East 58th Street, 19th Floor
        New York, New York 10155
        (212) 421-4000

To:    Ronald D. Coleman, Esq.
        Goetz Fitzpatrick LLP
        Attorneys for Defendant
        Rabbi Shlomo Zalman Kaufman
        One Penn Plaza -- Suite 4401
        New York, NY 10119
        212-695-8100

        Ira S. Lipsius, Esq.
        Lipsius-Benhaim Law, LLP
        Attorneys for Defendant Kolel
        Beth Yechiel Mechil of Tartikov, Inc.
        80-02 Kew Gardens Road, Suite 1030
        Kew Gardens, New York 11415
        212-981-8440

        John Demmy, Esq.
        Stevens & Lee, P.C.
        Attorneys for Defendant Wilmington
               Savings Fund Society, FSB
        1105 North Market Street, 7th Floor
        Wilmington, Delaware 19801
        (302) 425-3308